# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: Nichole Rose-Turner

Case No.: 18-63003-jwc

Chapter: 7

Debtor(s)

## Motion to Reopen Chapter 7 Case

I, Nichole Rose-Turner, the debtor, asks that my Chapter 7 bankruptcy case be reopened. I support my motion by stating:

1. I filed my bankruptcy case in August 2018 and received my discharge at the end of November 2018. (about 2 weeks ago)

2. If the motion is granted, I intend to remove a creditor who was mistakenly listed as exempt. (Chrysler Capital) Although this creditor was on the original matrix, it was not an exempt creditor.

Prayer - My request is that this court grant the motion, so I may make an amendment to the documents.

Dated: 12/11/18

Signature: Nichole Rose-Tur

Printed Name: Nichole Rose-Turner

Address: 3715 Wolverton Cir, Lithonia GA 30038

Phone: 404-944-1187

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Nichole Rose-Turner

Case No: 18-63003-jwc

Chapter 7

Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 12 day of December, 2018 I served a copy of _Motion to Reopen / Amendment_ which was filed in this bankruptcy matter on the 12 day of December, 2018

Mode of service (check one):  ✓ MAILED    ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Tamara Miles Ogier
Ogier, Rothschild & Rosenfield PC
P.O. Box 1547
Decatur GA 30031

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12/12/18    Signature: _Nichole Rose-_

Printed Name: Nichole Rose-Turner

Address: 3715 Wolverton Cir

Phone: 404-944-1187

(Generic Certificate of Service – Revised 4/13)